# United States District Court
## Southern District of Georgia

| | |
|---|---|
| AGRI-AFC, LLC | Case No. 17-30216-SDB |
| Plaintiff | |
| v. HINES M. KEEN | Appearing on behalf of: Plaintiff |
| | AGRI-AFC, LLC |
| Defendant | (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Smith N. Wilson hereby requests permission to appear pro hac vice in the subject case filed in the Southern Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Middle District of Georgia. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Nathan E. Huff as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 28th day of Sept., 2017.

_____
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Nathan E. Huff, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise. This 28th day of September, _____.

| | | |
|---|---|---|
| 773611 | | |
| Georgia Bar Number | Signature of Local Counsel | |
| 706-922-3104 | Law Office of Nathan E. Huff | (Law Firm) |
| Business Telephone | 228 Baston Road | (Business Address) |
| | Augusta, GA 30907 | (City, State, Zip) |
| | | (Mailing Address) |
| | nhuff@nehlaw.com | (Email Address) |